UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:01-CR-28 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| JEROME S. NOE | ) | |

ORDER OF TEMPORARY DETENTION

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on December 12, 2005. David Jennings, Assistant United States Attorney, was present representing the government and Jonathan Cooper was present representing the defendant. The defendant was also present. The defendant, through counsel, waived a preliminary hearing and a detention hearing and signed the appropriate waivers. The defendant is scheduled for a revocation hearing on **Wednesday, December 21, 2005,** at **11:30 a.m.,** before the **Honorable Thomas A. Varlan**, United States District Judge. The defendant stated that he understands that he will remain in custody pending the hearing. The defendant is remanded to the custody of the U.S. Marshal and shall be produced for the hearing.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge